IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION, )  Case No. 01-8328-CIV-RYSKAMP
                                    )
         Plaintiff,                 )
                                    )
v.                                    )
                                    )
SUNSTATE FX, INC., ET AL.,          )
                                    )
        Defendants.               )

FILED by _____ D.C.
NOV - 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-RB-0385(CBS)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REDSTONE CASTLE PROPERTIES,

        Defendants.

and

REDSTONE HISTORICAL SOCIETY,

        Intervening Party.

---

**JUDGMENT**

---

      Pursuant to and in accordance with the Final Order of Forfeiture entered by the Honorable Kenneth L. Ryskamp, the following JUDGMENT is hereby entered:

1

1.    Pursuant to Fed.R.Civ.P. 58 Final Judgment of Forfeiture is entered in favor of the United States as to of defendant properties described below and more particularly described on attached Exhibit A and B:

PARCEL 1:   <u>Redstone House Parcel</u> - 410 Redstone Boulevard. Lots 31 and 32A, Redstone Subdivision, hereinafter "the Redstone House".

PARCEL A:   <u>Castle Parcel</u> - 58 Redstone Boulevard, more particularly described as a parcel of land situated in the SE/4SW/4, SW/4SE/4 of Section 20, and in the NE/4NW/4, NW/4NE/4, and in the SW/4NE/4 of Section 29, all in Township 10 South, Range 88 West of the 6th P.M., Pitkin County, Colorado, hereinafter "The Castle".

PARCEL B:   <u>Carriage House Parcel</u> - 58 Redstone Boulevard, sometimes known as 68 Redstone Boulevard, more particularly described as a tract of land situated in the SE/4SW/4 and in the SW/4SE/4 of Section 20, and in the NW/4NE/4, SW/4NE/4 of Section 29, all in Township 10 South, Range 88 West of the 6th P.M., Pitkin County, Colorado, hereinafter "The Carriage House".

PARCEL C:   <u>Barn Parcel</u> - 58 Redstone Boulevard, more particularly described as a tract of land situated in the E/2SW/4 and W/2SE/4 of Section 20, Township 10 South, Range 88 West of the 6th P.M., Pitkin County, Colorado, hereinafter "The Barn".

PARCEL D:   <u>Easement Parcel</u> - Access Easement, Cleveholm Manor, a/k/a Redstone Castle to Redstone Boulevard more particularly described as a 30 foot wide access easement situated in the NW/4SE/4 and in the E/2SE/4 of Section 20, Township 10 South, Range 88 West of the 6th P.M., Pitkin County, Colorado, hereinafter "The Easement".

WATER RIGHTS:   All water rights conveyed to Tranquil Options LLC by a certain Quit Claim Deed recorded May 16, 2000 in the records of Pitkin County, Colorado at reception number 443383 covering the Castle Parcel, the Carriage House Parcel, the Barn Parcel, and the Easement

The above described real properties are fully and completely described on attached Exhibit A.

> PERSONAL PROPERTY: Personal Property located outside and within the Castle, the Carriage House, the Barn, including but not limited to the items described in Attached Exhibit B.

2

2.  The United States may dispose of the forfeited properties in accordance with law and in accordance with the terms and conditions of the Final Order of Forfeiture and the Settlement Agreements between the parties..

3.  A Certificate of Reasonable Cause as to all defendant properties is entered pursuant to 28 U.S.C. § 2465.

Dated this 5 day of Nov. , 2004.

FOR THE COURT:

~~Clerk of the United States District Court~~

By: _Kenneth L. Ryskamp_
    ~~Clerk~~  USDJ.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

01 CV 8328

# ATTACHMENT TO DOCKET ENTRY: [~~DE#~~] 383

# NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ STATE COURT RECORD (HABEAS CASES)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☒ POOR QUALITY (i.e. hand written, legal size, light print, etc.)

# PLEASE REFER TO COURT FILE